UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

KVBM Television, Inc.,

Plaintiff, Civil 00-797 (RHK/JMM)

vs. **ORDER**

Telefarm, Inc.,

Defendant.

---

It appearing on the face of the Complaint (paragraphs 2 and 3) that both Plaintiff and Defendant are "citizens" of the State of Minnesota, **IT IS ORDERED**, that the Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Dated: April 3, 2000

RICHARD H. KYLE
United States District Judge

FILED APR - 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK